Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
_Middle_ District of _Florida_
_Tampa_ Division

Case No. **8:18cv1979T33JSS**
(to be filled in by the Clerk's Office)

**MARK HUGHES 1765285**
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

**BOB GUALTIERI**
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

FILED 2018 AUG 10 PM 3:39 MIDDLE DISTRICT COURT TAMPA, FLORIDA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 14

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: MARK HUGHES
   All other names by which you have been known:
   ID Number: 1765285
   Current Institution: Pinellas County Jail
   Address: 14400 49th ST N
   Clearwater, Fla 33762
   City / State / Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: BOB GULTIRE
   Job or Title (if known): SHERIFF
   Shield Number:
   Employer: Pinellas County
   Address: 14400 49th ST N
   Clearwater, Fla 33762
   City / State / Zip Code
   [X] Individual capacity  [X] Official capacity

   Defendant No. 2
   Name: DR. KYLE  To be amended with full name
   Job or Title (if known): Doctor Director
   Shield Number:
   Employer: Pinellas County
   Address: 14400 49th ST N
   Clearwater, Fla 33762
   City / State / Zip Code
   [X] Individual capacity  [X] Official capacity

Defendant No. 3
Name: MRS. BUMILLER  *Full name to be added*
Job or Title (if known): NURSE Practioner
Shield Number:
Employer: Pinellas County Jail
Address: 14400 49th ST N
Clearwater, Fla 33762
City / State / Zip Code

[X] Individual capacity   [X] Official capacity

Defendant No. 4
Name: MR. Martinelli
Job or Title (if known): Administrative Medical Director
Shield Number: 59044
Employer: Pinellas County Jail
Address: 14400 49th ST N
Clearwater, Fla 33762
City / State / Zip Code

[X] Individual capacity   [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

First, Eighth and Fourteenth Amendments of Federal Constitution

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

## Statement of Claim

Nurse Practioner Mrs. Bumiller became angry when the Plaintiff informed her that he was allergic to Dilantin and Tegital (both seizure medications) and had been taking Gapapenton or Newroton for the pass 21 years for seizures. She stated that these medications were no-longer given here at the Jail" Although Plaintiff had been given these meds in the pass at the Jail", she also stated that Gapapenton or Newronton were not seizure medications. She also called the Plaintiff a liara and informed medical Director Dr. Kyle that Plaintiff was allergic to all the seizure medications accept Gapapenton or Newronton. She made it seen that Plaintiff was lying about his allergies and did not have a seizure disorder at all, and relayed these in-correct information to Dr. Kyle.

Medical Director Dr. Kyle became angry at Plaintiff before even seeing him and when the Plaintiff told Dr. Kyle that he had been given this medication through the Epleptic Foundation of Manatee county, Dr. Loria "Nevrolgist" who did an EEG of Plaintiff and Prescribed Gapapenton or Newronton to the Plaintiff, as well as the Plaintiff being seen at the local Emergency Room at Bayfront medical and Manatee memorial Hospital for seizures and had developed seizures after a car wreck and 17 day coma in 1996. That Plaintiff was seen at the only Hospital in Fitzgerald GA, for this car accident. Dr. Kyle stated that car wrecks don't cause seizures and he wasn't going to get every hospital in Georgias to send him Plaintiffs records. That Plaintiff was a Liar, however, Dr. Kyle cut the Plaintiffs Gapapenton Prescription in half causing Plaintiff to seize no-fewer than 7 times in 4 days. Dr. Kyle then went on to take the Plaintiff completely off of his seizure medications causing him to seize almost daily to Present. Dr. Kyle stated that Plaintiff was faking seizures and never bothered to check Epilepitic Foundation of Manatee county, Dr. Loria "Nevroligist", Bayfront or Manatee memorial Hospital, or Fitzgerald Hospital

4 of 14

Dr. Kyle was also provided with Plaintiffs current Primary care doctors name who has written Plaintiffs seizure medication for the past 10 years. Dr. Abanaery 1839 Central Ave, St. Pete, Fla. and Phone 727-322-1054. With being provided with all this information Dr. Kyle chosse to beleive Mrs. Bumiller and save money. He even went as far as to call the Plaintiff a lying ass cracker, which was over heard by a officer who incouraged the Plaintiff to file a grievance. Dr. Kyle even went as far as to take the Plaintiffs wheelchair and have Plaintiffs sheets and blankets taken and placed in a cold cell as punishment for having seizures. He made the Plaintiff agree to go into open population before he would be removed from this cold cell with a tempature kept a 40°. Dr. Kyle has continued to take Plaintiffs other medications as well, Prilosec for Acid reflux, Flowvent, Flowmax, Alburterol, Fentenal Paich, Oxycodone and other heart and blood pressure medications.

Plaintiff has grieved these issues to the jail where Administrative Director Martinelli #59044 has continued to deny his grievances and refuses to check any of the information the Plaintiff has provided.

Sheriff Bob Gualtieri over sees all the jails inmates and the Plaintiffs Health Care as well as the Plaintiffs housing which is currently on the floor in 4F8 where Plaintiff has no-restroom and is made to urinate as well as deficate in a shower. Bob Gualtieri was written a letter by Plaintiff as well as grievances. 4F8 has three inmates that have to use this shower as a toilet and is currently housing 31 inmates that must use this shower to shower.

Plaintiff was arrested on 7-5-2018 and taken to the Pinellas County Jail where Plaintiff started having seizures on a daily basis on 7-6-2018 to present time. His wheelchair was taken on approximently 7-9-2018 and medication are being discontinued weekly. Seizure meds discontinued approximently 7-15-2018

There was several staff members as well as medical staff that witness

5 of 14

Plaintiffs seizures, broken nose and broken eye socket as well as being aware that Plaintiff has always been in a wheelchair on both prior visits to the Pinellas County Jail, as well as given a hospital bed and pain medications. Plaintiff has tried to get full names for witnesses and defendents but has been denied them. Plaintiff intends to amend Plaintiffs complaint when the ID and names come forward in discovery.

The Plaintiff was also seeing a specialist for testicle cancer, that has not been addressed by Bob Gualtieri, Dr. Kyle, Nurse Bumiller or Mr. Martinelli. Plaintiff also has Hep C which is not being treated here at the Jail either. Plaintiff has serosive of the liver and may die at any time.

Mark Hughes 1765285
14400 49th St N
Clearwater, FL 39762

*Mark Hughes* (signature)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Bob Gualtieri is the Sheriff of Pinellas County, and Nurse practioner Mrs. Bumiller, Dr. Kyle Medical Director, and Administrative medical Director are all employees of Pinellas County Jail.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

See Attached

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

_See Attached_

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Plaintiff has had seizures for approximently 21 years and have been on this medication Gapapenton for 21 years as well as Back operations and degenitive disk desease that has caused plaintiff to use a wheelchair for past 8 years. Prilosec meds for Gurd for pass 20 years Flowvent, Flowmax, Albuterol and blood pressure and heart meds for pass 15 years See Attached

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Broken noses, Broken eye sockett and unknown damage due to ~~gone~~ denile of Asthma, Copd, heart and blood pressure medications. Plaintiff continues to be in danger every day to seizures, and falling do to not having wheelchair. As well as, Testicler cancer going un-Treated and HepC

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. To remove me immediately from these dangers by having me placed in a hospital or be seen by a Nurolgist, Gastrologist, cancer speclist Nurologist for Testicle cancer. And award. The plaintiff 700,000,000 for pain and suffering

Page 8 of 14

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Pinellas County Jail
14400 49th ST N
Clearwater, Fla 33762

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)? Seizures, wheelchair, testicle cancer, housing, no bathroom Hep C, Serosive of Liver, Broken nose, Broken eye socket, Lack of medical Treatment, and medications.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance? Pinellas County Jail, on a Kiosh 14400 49R ST N Clearwater, Fla 33762

2. What did you claim in your grievance?

See Attached

3. What was the result, if any? denied and was unable to File one,as you have got To ask permission To File grievances and That permission is denied Regularly, when permission is granted you only have Three days To File do To Dr. Kyle and classification housing I was unable to file on one permission

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

As stated above it's done on a kiosh and must be done with in 3 days. I was being housed in AgSeg ½ hour out of cell a day for shower and Dr. Kyle has me housed in cold cell (not allowed out at all).

Page 8 of 14
10

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: couldn't get to the Kiosh or was denied permission to file

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: Sheriff Bob Gualtieri, Dr. Kyle, Nurse Bumiller and Mr. Martinelli #59044 as well as several staff and medical sick calls.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I have tried to get copies of my grievances, as there done on a Kiosh and I have been denied permission to file grievances as you have to ask permission before you can file on Kiosh

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number

   N/A

4. Name of Judge assigned to your case

   N/A

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   N/A

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) _____

      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      _____

   3. Docket or index number

      _____

   4. Name of Judge assigned to your case

      _____

   5. Approximate date of filing lawsuit

      _____

   6. Is the case still pending?

      ☐ Yes

      ☐ No

      If no, give the approximate date of disposition _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-31-2018

Signature of Plaintiff: Mark Hughes
Printed Name of Plaintiff: MARK HUGHES
Prison Identification #: 1765285
Prison Address: 14400 49TH ST N
Clearwater, Fla 33762
City / State / Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code
Telephone Number: _____
E-mail Address: _____

14 of 14

Mark Hughes 1765285 4F8
Pinellas County Jail
14400 49th St N
Clearwater, Fla
33762

Clerk's office, United States
District Court, Sam M. Gibbons
US Courthouse
801 N Florida Avenue, Room 218
Tampa, Florida
33602-3800

SCREENED By USMS

Legal Mail